FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 21 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. CR-16-3784 JCH |
| | ) | |
| vs. | ) | 18 U.S.C. § 111(a)(1):  Assaulting, |
| | ) | Resisting, or Impeding a Federal |
| **PENNY LAWTON,** | ) | Officer (Class A Misdemeanor). |
| | ) | |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

On or about August 13, 2016, at the Albuquerque International Sunport, in Bernalillo County, in the District of New Mexico, the defendant, **PENNY LAWTON**, knowingly and intentionally did forcibly assault, resist, oppose, impede, intimidate and interfere with Caitlyn Rivera, an officer employed by the Transportation Security Administration and in the performance of her official duties, in that defendant struck or attempted to strike the officer while the officer was at her designated post, at the airport security checkpoint.

In violation of 18 U.S.C. § 111(a)(1).

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*/s/ Edward Han*

EDWARD HAN
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274